**DENTONS**

| | |
|---|---|
| **Karla Del Pozo García**<br>Managing Associate<br><br>karla.delpozogarcia@dentons.com<br>D    +1 212-768-5328 | Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089<br>United States<br><br>dentons.com |

May 3, 2024

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Espinal v. Lee University,* Case No. 1:23-cv-10653-JPC

Dear Judge Cronan:

We represent Defendant Lee University ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days from May 3, 2024 to June 17, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

The request is granted.  This case is stayed.  The parties shall file a joint status letter by June 17, 2024, in the event that they have not filed dismissal paperwork by then.  The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.
Date: May 6, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge