UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

LEE UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-10653

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LEE UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       May 6, 2024

                                            **GOTTLIEB & ASSOCIATES PLLC**

                                            _/s/Michael A. LaBollita, Esq._

                                            Michael A. LaBollita, Esq., (ML-9985)
                                            150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                            Phone: (212) 228-9795
                                            Fax: (212) 982-6284
                                            Michael@Gottlieb.legal

                                            _Attorneys for Plaintiffs_

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. _Accord_ Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to lift the stay and close this case.

SO ORDERED:

_____
United States District Court Judge
Date: May 7, 2024
New York, New York